# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division



## JUDGMENT IN A CIVIL CASE

TRACEY JONES,

v.

UNITED STATES OF AMERICA           CASE NUMBER:   1:05-1319-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 10/19/2005, the plaintiff's Motion to proceed in forma pauperis is DENIED and this case is hereby DISMISSED.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                                              THOMAS M. GOULD
                                              CLERK

10/24/05                      BY: _____
DATE                               DEPUTY CLERK

This document entered on the docket sheet in compliance

with Rule 58 and/or 79(a) FRCP on _____.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CV-01319 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Tracey Jones
Federal Prison Camp, Pollock
19048-076
P.O. Box 2099
Pollock, LA 71467--209

Honorable James Todd
US DISTRICT COURT